IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **KARENA VAN HOOK, JANNA ANDERSON, MICHAELA HARRIS and EBONY YARBROUGH,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**VERONICA ENTERPRISES, INC. d/b/a DIAMONDS OF ATLANTA, VERONICA JONES, and CARMEN POPOVITCH,**<br><br>**Defendants.** | Civil Action No. 1:16-cv-02755-ELR |

**PLAINTIFFS' RESPONSE TO THE MOTION TO SET ASIDE ENTRY OF DEFAULT AND MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) OF DEFENDANTS VERONICA ENTERPRISES, INC. AND CARMEN POPOVITCH**

Plaintiffs Karena Van Hook, Janna Anderson, Michaela Harris, and Ebony Yarbrough, by and through the undersigned counsel, hereby respond to the Motion to Set Aside Entry of Default and Motion to Dismiss Pursuant to Rule 12(b)(6) of Defendants Veronica Enterprises, Inc. d/b/a Diamonds of Atlanta and Carmen Popovitch, showing the Court as follows:

1. On July 29, 2016, Plaintiffs initiated the above-styled action by filing their Complaint. [Dkt. 1]

2. In their Complaint, Plaintiffs allege that Defendants violated the Fair Labor Standards Act, as amended, 29 U.S.C. § 201 *et seq*.

3. On October 23, 2016, Wiley Dean Handley, a private process server, served the Complaint and Summons upon Defendants Veronica Enterprises, Inc. and Carmen Popovitch [Dkt. 12].

4. Because Defendants failed to file defensive pleadings, Plaintiffs moved for a clerk's entry of default judgment on December 8, 2016. [Dkt. 15]

5. The next day, the Clerk entered a Default as to all Defendants.

6. On January 12, 2017, Defendant Veronica Enterprises and Popovitch filed a Motion to Set Aside Entry of Default and Motion to Dismiss Pursuant to Rule 12(b)(6). Dkt. 16.

7. Plaintiffs' counsel has engaged in extensive discussions with Defendants' counsel and offered to consent to withdrawal of the default if the Defendants would withdraw their Motion and waive service of process.

8. On February 8, 2017, Defendants agreed to Plaintiffs' proposal. See Exhibit 1 (Emails between Matthew Herrington and Kenneth Newby).

9. Plaintiffs' counsel has attempted to contact Defendants' counsel by phone multiple times throughout the day on February 9, 2017 to discuss how to

implement the Parties' agreement procedurally, but Defendants' counsel has not responded to those multiple phone calls and emails.

10. Plaintiffs request that the Court deny Defendants' Motion as moot because the Parties have agreed that Defendants will withdraw their motion, that the Clerk's entry of default will be lifted, and that Defendants will waive service.

11. Should Defendants no longer wish to withdraw their Motion and waive service of process, Plaintiffs request that the Court grant them additional time to respond substantively to Defendants' Motion.

Respectfully submitted this 9th day of February 2017,

|  |  |
|---|---|
|  | **DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN, LLC** |
| 3100 Centennial Tower<br>101 Marietta Street NW<br>Atlanta, GA 30303<br>404.979.3150<br>404.979.3170 (fax)<br>charlesbridgers@dcbflegal.com<br>matthew.herrington@dcbflegal.com | */s/ Matthew W. Herrington*<br>Charles R. Bridgers<br>Georgia Bar No. 080791<br>Matthew W. Herrington<br>Georgia Bar No. 275411 |
|  | **AINSWORTH G. DUDLEY, ATTORNEY AT LAW** |
| 4200 Northside Parkway<br>Bldg. 1, Ste. 200 | Ainsworth G. Dudley<br>Georgia Bar No. 231745 |

Atlanta, GA 30327
404.687.8205
adudleylaw@gmail.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **KARENA VAN HOOK et al.,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**VERONICA ENTERPRISES, INC. et al.,**<br><br>**Defendants.** | Civil Action No. 1:16-cv-02755-ELR |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed in the Court's CM/ECF system, thereby ensuring electronic service upon all counsel of record. I further certify that a copy of the foregoing document has been served via First Class U.S. mail, postage prepaid, upon the following:

Veronica Jones
1052 Laurel Ridge Drive
McDonough, GA 30252

Dated: February 9, 2017.

<i>/s/ Matthew W. Herrington</i>
Matthew W. Herrington
Georgia Bar No. 275411