IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KARENA VAN HOOK, JANNA ANDERSON, MICHAELA HARRIS and EBONY YARBROUGH,<br><br>Plaintiffs,<br><br>vs.<br><br>VERONICA ENTERPRISES, INC. d/b/a DIAMONDS OF ATLANTA, VERONICA JONES, and CARMEN POPOVITCH,<br><br>Defendants. | Civil Action No. 1:16-cv-02755-ELR |

## ORDER

The Parties having jointly moved to lift the Clerk's Entry of Default in this Action and to extend the time for Plaintiffs to perfect service of process, it is hereby **ORDERED** that (1) the Clerk's Entry of Default is **LIFTED**, (2) Plaintiffs are **GRANTED** an additional 30 days to perfect service of process on Defendants, (3) Defendants' Motion to Set Aside Entry of Default [Dkt. 16] is **GRANTED**; and (4) Defendants' Motion to Dismiss Pursuant to Rule 12(b)(5) [Dkt. 16] is **DENIED AS MOOT**.

Plaintiffs shall have thirty (30) days from the date of entry of this Order to perfect service of process on Defendants.

IT IS SO ORDERED, this 21st day of February, 2017.

_____
Hon. Eleanor L. Ross
Judge, United States District Court