IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **KARENA VAN HOOK and EBONY YARBROUGH,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**VERONICA ENTERPRISES, INC. d/b/a DIAMONDS OF ATLANTA, VERONICA JONES, and CARMEN POPOVITCH,**<br><br>**Defendants.** | Civil Action No. 1:16-cv-02755-ELR |

**PLAINTIFFS' MOTION FOR SERVICE BY PUBLICATION**

Plaintiffs submit this Motion to Serve Defendant Veronica Jones by Publication pursuant to Fed. R. Civ. P. 4(e)(1) and O.C.G.A § 9-11-4(f). In support of this Motion, Plaintiffs show the Court:

1. Rule 4(e)(1) of the Federal Rules of Civil Procedure states :

> Unless otherwise provided by federal law, service upon an individual from whom a waiver has not been obtained and filed, other than an infant or an incompetent person, may be effected in any judicial district of the United States:
>
> (1) pursuant to the law of the state in which the district court is located, or in which service is effected, for the service of a summons upon the defendant in action brought in the courts of general jurisdiction of the State.

2.  Accordingly, Federal Rule of Civil Procedure 4(e)(1) allows Plaintiffs to serve Defendant Jones pursuant to the Georgia Civil Practice Act.

3.  O.C.G.A. § 9-11-4(f)(1)(A) governs service on defendants by publication in Georgia.

4.  As more fully described in the Declarations of Dean Wiley and Matthew W. Herrington and Plaintiffs' Brief in Support of this Motion, Plaintiffs have made diligent efforts to locate and serve Defendant Jones.

5.  Jones resides in the State of Georgia and has evaded all attempts at service.

6.  Jones has actively concealed herself, has actual knowledge of this lawsuit, and is aware that Plaintiffs are trying to serve her with process.

7.  Plaintiffs, accordingly, cannot currently locate Jones in order to personally server her. Service by publication is, therefore, warranted and allowed to allow this Court to exercise in personam jurisdiction.

8.  Based on the foregoing and for reasons set out more fully in the attached Declarations and Brief, Plaintiffs respectfully request that this Court issue an order authorizing service on Defendant Jones to be made by the publication of summons.

9.  Plaintiffs also propose serving a copy of the summons and complaint on Jones by U.S. Mail, in addition to service by publication.

10. A proposed order is attached for the Court's convenience.

Respectfully submitted this 14th day of August 2017,

|  |  |
|---|---|
|  | **DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN, LLC** |
| 3100 Centennial Tower | */s/ Matthew W. Herrington* |
| 101 Marietta Street NW | Charles R. Bridgers |
| Atlanta, GA 30303 | Georgia Bar No. 080791 |
| 404.979.3150 | Matthew W. Herrington |
| 404.979.3170 (fax) | Georgia Bar No. 275411 |
| charlesbridgers@dcbflegal.com | |
| matthew.herrington@dcbflegal.com | |
|  | **AINSWORTH G. DUDLEY, ATTORNEY AT LAW** |
| 4200 Northside Parkway | Ainsworth G. Dudley |
| Bldg. 1, Ste. 200 | Georgia Bar No. 231745 |
| Atlanta, GA 30327 | |
| 404.687.8205 | |
| adudleylaw@gmail.com | |