IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **KARENA VAN HOOK and EBONY YARBROUGH,**<br><br>  **Plaintiffs,**<br><br>  **vs.**<br><br>**VERONICA ENTERPRISES, INC. d/b/a DIAMONDS OF ATLANTA, VERONICA JONES, and CARMEN POPOVITCH,**<br><br>  **Defendants.** | Civil Action No. 1:16-cv-02755-ELR |

## [PROPOSED] ORDER

Plaintiffs' Motion to Serve Defendant Veronica Jones by Publication having come before this Court and the same having been read and considered, along with Plaintiffs' Brief in Support of Their Motion and the Declaration of Wiley Handley, it is hereby ORDERED that the Attorneys for Plaintiffs are authorized to serve Veronica Jones with process by publication by causing to be published in the Henry Herald, the legal organ of Henry County, Georgia, the following notice:

> In the United States District Court for the Northern District of Georgia
> Civil Action No. 1:16-cv-02755-ELR
> Karena Van Hook et al. v. Veronica Enterprises, Inc. d/b/a Diamonds of Atlanta et al.
> TO: Veronica Jones, 1052 Laurel Ridge Dr., McDonough, GA 30252
> NOTICE OF SERVICE BY PUBLICATION

1

By Order for service by publication dated the ____ day of _____ 2017, you are hereby notified that on the 29th day of July 2016, Plaintiffs Karena Van Hook and Ebony Yarbrough filed a lawsuit against you under the Fair Labor Standards Act, 29 U.S.C. 201 et seq. to recover unpaid minimum and overtime wages. You are required to file with the Clerk of the District Court, and to serve upon plaintiffs' attorney, Matthew W. Herrington, 3100 Centennial Tower, 101 Marietta Street, Atlanta, GA 30303, an Answer of a motion under Rule 12 of the Federal Rules of Civil Procedure in writing within sixty (60) days of the date of the order for publication. If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
By Order of the Honorable Eleanor L. Ross, Judge of the United States District Court for the Northern District of Georgia.
This ____ day of _____ 2017.
-s- James N. Hatten
James N. Hatten,
District Court Executive
and Clerk of the Court
United States District Court
Northern District of Georgia
Atlanta Division

Plaintiffs are additionally ORDERED to serve a copy of their Complaint and Summons on Veronica Jones, together with a copy of this Order, by U.S. Mail at 1052 Laurel Ridge Dr., McDonough, GA 30252.

So ORDERED this _____ day of _____ 2017.

_____
Hon. Eleanor H. Ross
Judge, United States District Court