IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **KARENA VAN HOOK and EBONY YARBROUGH,**<br><br>　　　**Plaintiffs,**<br><br>　　vs.<br><br>**VERONICA ENTERPRISES, INC. d/b/a DIAMONDS OF ATLANTA, VERONICA JONES, and CARMEN POPOVITCH,**<br><br>　　　**Defendants.** | Civil Action No. 1:16-cv-02755-ELR |

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing documents in the Court's CM/ECF system, thereby ensuring electronic service upon all counsel of record.

Dated: August 14, 2017.

　　　　　　　　　　　　　　　　　　　　*/s/ Matthew W. Herrington*
　　　　　　　　　　　　　　　　　　　　Matthew W. Herrington
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 275411