IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KARENA VAN HOOK, et al., | * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:16-CV-02755-ELR |
| VERONICA ENTERPRISES, INC., d/b/a Diamonds of Atlanta, et al., | * * * | |
| Defendants. | * * | |

**ORDER**

Presently before the Court is Plaintiffs' Motion for Service by Publication as to Veronica Jones. [Doc. 39]. Plaintiffs have shown that they have repeatedly attempted to serve Defendant Jones, but despite these diligent efforts, Defendant Jones has evaded service. Accordingly, the Court **GRANTS** Plaintiff's Motion [Doc. 39] and **ORDERS** that, pursuant to Federal Rule of Civil Procedure 4(e)(1) and O.C.G.A. § 9-11-4(f)(1), service may be made on Defendant Jones by publication as provided by law. The Court additionally **ORDERS** Plaintiffs to serve a copy of their Complaint and Summons on Defendant Jones, together with a copy of this Order, by U.S. Mail at 1052 Laurel Ridge Dr., McDonough, GA 30252.

**SO ORDERED**, this \_\_16th\_\_ day of August, 2017.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia